James C. Mahan
U.S. District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALDEN THOMAS, SR., Trustee dba P.A.J. Trust Executor Office, <br><br> Plaintiff(s), <br><br> v. <br><br> ATLAS GROUP L.C.; THERESA M. MOREHEAD, <br><br> Defendant(s). | Case No. 2:16-CV-2729 JCM (PAL) <br><br> ORDER |

Presently before the court is the matter of *Thomas Sr v. Atlas Group LC et al.*, case number 2:16-cv-02729-JCM-PAL.

Petitioner has filed an application for leave to proceed *in forma pauperis* (ECF No. 1) and a motion for registration of judgment from another district (ECF No. 3).

Local Rule LSR 1-1 provides that "[a]ny person who is unable to prepay the fees in a civil case may apply to the court for authority to proceed *in forma pauperis*. The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets expenses, and liabilities." LSR 1-1. Petitioner's application was not made on the proper form and does not contain the required financial affidavit. Therefore, petitioner's application for leave to proceed *in forma pauperis* (ECF No. 1) is denied.

Further, petitioner's motion for registration (ECF No. 3) seeks to register a judgment that is not from another district court. Rather, this document purports to issue from a fictitious entity—specifically, the "Adjudicator Court" of the "Unincorporated United States of America." (ECF No. 3 at 17). Therefore, petitioner's motion is denied.

In light of the foregoing, the instant action is dismissed without prejudice to petitioner's ability to bring a new action. Petitioner is instructed that if he wishes to bring a new action, he must pay the filing fee in full or submit a completed application to proceed *in forma pauperis*.

Accordingly,

IT IS HEREBY ORDERED that petitioner's application for leave to proceed *in forma pauperis* (ECF No. 1) and motion for registration of judgment from another district (ECF No. 3) be, and the same hereby are, DENIED.

IT IS FURTHER ORDERED that the matter of *Thomas Sr v. Atlas Group LC et al.*, case number 2:16-cv-02729-JCM-PAL, be, and the same hereby is, DISMISSED WITHOUT PREJUDICE.

The clerk shall send petitioner a blank application to proceed *in forma pauperis* and close the case

DATED May 22, 2017.

_____
UNITED STATES DISTRICT JUDGE